**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jack Danner Escalante-Gonzalez,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-02143-PHX-MTL (MTM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 10.) In the Response, Respondents state: "In keeping with the Ninth Circuit's mandate, the United States agrees with Petitioner that he is entitled to an individualized bond hearing." (Doc. 14.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein. The remainder of the Petition is denied.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Should Petitioner be released on bond, Respondents must return Petitioner's personal property or personal documents retained when he was detained.

(4) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(5) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 6th day of October, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge